J-A01032-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| TAHIR USMAN MIR, | |
| Appellant | No. 401 WDA 2014 |

Appeal from the Judgment of Sentence entered September 13, 2013,
in the Court of Common Pleas of Indiana County,
Criminal Division, at No(s): CP-32-CR-0000079-2012

BEFORE:  FORD ELLIOTT, P.J.E., DONOHUE and ALLEN, JJ.

JUDGMENT ORDER BY ALLEN, J.:                   **FILED DECEMBER 17, 2014**

Tahir Usman Mir ("Appellant") has appealed, and challenges the legality of his sentence pursuant to ***Alleyne v. United States***, 133 S.Ct. 2151 (2013).  Appellant requests that his judgment of sentence be vacated and the case be remanded for a new sentencing hearing.  Appellant's Brief at 54; Appellant's Reply Brief at 9.   The sentencing court "agrees with [Appellant] that the sentence imposed is an illegal sentence pursuant to Alleyne and Munday."   Trial Court Opinion, 4/22/14.   In addition, the Commonwealth, citing ***Alleyne*** and ***Commonwealth v. Munday***, 78 A.3d 661 (Pa. Super. 2014), "is of the opinion that the Appellant is entitled to relief in the form of re-sentencing."   Commonwealth Correspondence to Superior Court, 11/10/14.   Given the foregoing, we vacate Appellant's judgment of sentence and remand for re-sentencing.

Judgment of sentence vacated. Case remanded for re-sentencing. Case stricken from the January 7, 2015 argument list. Jurisdiction relinquished.


Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 12/17/2014